FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JAN -3 PM 4: 12

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

|                          |     |                        |
| ------------------------ | --- | ---------------------- |
| HARRY D. PINCKNEY        | )   |                        |
|                          | )   |                        |
| v.                       | )   | Case No.  CR409-026    |
|                          | )   |           CV410-182    |
| UNITED STATES OF AMERICA | )   |                        |

## O R D E R

After a careful *de novo* review of the record in this case, the Court
concurs with the Magistrate Judge's Report and Recommendation, to
which no objections have been filed.    Accordingly, the Report and
Recommendation of the Magistrate Judge is adopted as the opinion of the
Court.

The effect of this Order is to permit movant to pursue an out-of-time
direct appeal, which is governed by the procedures set forth in *United
States v. Phillips*, 225 F.3d 1198, 1201 (11th Cir. 2000).   Pursuant to
*Phillips*, the Court hereby re-imposes the same sentence set forth in the
original judgment in *United States v. Pinckney*, No. CR409-026 doc. 20
(entered November 17, 2009).   The probation office is **DIRECTED** to
prepare *instanter* a new judgment and commitment order identical in all

respects to the original judgment and commitment order except for the date of the imposition of the judgment. As it is clear that movant desires to take an appeal, the Court **DIRECTS** the Clerk to file a notice of appeal on movant's behalf immediately upon the entry of the reimposed judgment and commitment order.[1]

Movant is entitled to the assistance of counsel on direct appeal. As movant appears to be indigent, the Court **DIRECTS** that Joseph C. Kitchings, who was appointed to represent movant during the § 2255 evidentiary hearing, shall continue to represent him on appeal. By copy of this Order to Mr. Kitchings, he is informed of this Order and Pinckney's concomitant rights. *See Holloway v. United States*, 2009 WL 2340686 at * 4 (S.D. Ga. Jul. 27, 2009).

**SO ORDERED** this 3rd day of *JANUARY* 20 11.

WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pursuant to *Phillips*, movant is advised that he has the right to appeal the re-imposed conviction and sentence, that he is entitled to representation by counsel on appeal, and that the notice of appeal (NOA) must be filed within ten days of the entry of the re-imposed judgment. 225 F.3d at 1201. He will be relieved of the need to file an NOA once the Clerk files one for him.